Fill in this information to identify the case:

United States Bankruptcy Court for the:
Northern District of Texas

Case number (if known): _____    Chapter  7

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

**06/22**

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

**1. Debtor's name**  SiO2 Fabricating, LLC

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as* names

Legacy Glass

**3. Debtor's federal Employer Identification Number (EIN)**  8 2 – 4 4 3 6 9 1 2

**4. Debtor's address**

**Principal place of business**

2926 Skyway Circle South
Number      Street

Irving, TX 75038
City                State     ZIP Code

Dallas
County

**Mailing address, if different from principal place of business**

7929 Whispering Woods Ln
Number      Street

North Richland Hills, TX 76182
City                State     ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number      Street

_____
City                State     ZIP Code

**5. Debtor's website (URL)**  www.legacyglassfab.com

**6. Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☑ Other. Specify:  Limited Liability Company

Debtor   SiO2 Fabricating, LLC   Case number *(if known)*
         Name

| 7. Describe debtor's business | A. *Check one:* |
|---|---|
| | ❑ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ❑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ❑ Railroad (as defined in 11 U.S.C. §101(44)) |
| | ❑ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ❑ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ❑ Clearing Bank (as defined in 11 U.S.C. §781(3)) |
| | ☑ None of the above |
| | B. *Check all that apply:* |
| | ❑ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ❑ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | ❑ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | 3 2 7 2 |

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

*Check one:*

☑ Chapter 7

❑ Chapter 9

❑ Chapter 11. *Check **all** that apply:*
- ❑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ❑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
- ❑ A plan is being filed with this petition.
- ❑ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
- ❑ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
- ❑ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

❑ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No
❑ Yes.   District _____   When _____ MM / DD / YYYY   Case number _____
         District _____   When _____ MM / DD / YYYY   Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No
❑ Yes.   Debtor _____   Relationship _____
         District _____   When _____ MM / DD / YYYY
         Case number, if known _____

| Debtor | SiO2 Fabricating, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>   What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>   Number      Street<br>_____<br>City                                      State     ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency _____<br>           Contact name _____<br>           Phone _____ | |

| **Statistical and administrative information** | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |

| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99<br>☐ 100-199  ☐ 200-999 | ☐ 1,000-5,000    ☐ 5,001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ More than 100,000 |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☑ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

Debtor ____SiO2 Fabricating, LLC____    Case number *(if known)* _____
       Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ____01/22/2024____
               MM/ DD/ YYYY

**X** ____/s/ Louis Van Den Brande____    ____Louis Van Den Brande____
Signature of authorized representative of debtor    Printed name

Title ____Managing Member____

**18. Signature of attorney**

**X** ____/s/ Clayton L. Everett____    Date ____01/22/2024____
Signature of attorney for debtor           MM/ DD/ YYYY

____Clayton L. Everett____
Printed name

____Norred Law, PLLC____
Firm name

____515 E. Border____
Number    Street

____Arlington____    ____TX____    ____76010____
City    State    ZIP Code

____(817) 704-3984____    ____clayton@norredlaw.com____
Contact phone    Email address

____24065212____    ____TX____
Bar number    State

Attorney General
Texas Attorney General's Ofc
Bankruptcy-Collection Div
Po Box 12548
Austin, TX 78711-2548


Attorney General of the United States
Office of the Attorney General
Main Justice Building, Room 5111
10th & Constitution Avenue, N.W.
Washington, DC 20530


Comptroller of Public Accounts
State Comptroller of Public Accounts
Revenue Accounting Division-Bankruptycy Section
Po Box 13528
Austin, TX 78711-3528


Internal Revenue Service
Special Procedures-Insolvency
Po Box 7346
Philadelphia, PA 19101-7346


United States Attorney
Office of the United States Attorney
110 North College Ave. 700
Tyler, TX 75702-0204


United States Trustee
Office of the United States Trustee
110 North College Ave. 300
Tyler, TX 75702-7231


Frost Bank – SBA
ATTN: Lawrence Straka
111 W Houston Street,
San Antonio, T 78205


Mitsubishi
P.O. Box 128
Itasca, IL 60143-0128


Ascentium Capitol
23970 Highway 59 N
Kingwood, TX 77339


Leaf Capital
One Commerce Square
2005 Market St. 14th Floor
Philadelphia, PA 19103


Cardinal Glass industries
700 Cardinal Way Road
Church Hill, TN 37642


Isuzu Credit
2500 Westchester Av. Suite 312
Purchase NY, 10577

Ally Financial
PO Box 380902

Bloomington MN 55438

Hudson Energy
5015 Westheimer Rd Suite 1200
Houston TX 77506


1997 Adams Investors, LLC
 c/o Mark Goodman,
Fox Rothschild LLP
2501 N. Harwood St., Ste 1800
Dallas, TX 75201

**IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION**

IN RE: **SiO2 Fabricating, LLC**                                                       CASE NO

                                                                                                                     CHAPTER **7**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date     01/22/2024     Signature                 /s/ Louis Van Den Brande
                                                                    Louis Van Den Brande, Managing Member

# United States Bankruptcy Court
## Northern District of Texas
## Fort Worth Division

| | |
|---|---|
| **In re SiO2 Fabricating, LLC,** | Case No. 24- |
| **Debtor.** | Chapter 7 Case |

### Statement of Corporate Ownership Pursuant to
### Federal Rules of Bankruptcy Procedure 1007(a)(1) and 7007.1

There is no corporation that directly or indirectly owns 10% or more of equity interest in SiO2 Fabricating LLC dba Legacy Glass.

Dated: January 19, 2024.                    SiO2 Fabricating, LLC

                                By:  _____
                                     Troy Vetter,
                                     Member-Owner

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Texas

**In re**    SiO2 Fabricating, LLC

Case No. _____

**Debtor**

Chapter _____7_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................................. $5,000.00

   Prior to the filing of this statement I have received ..................................................... $5,000.00

   Balance Due ................................................................................................................... $0.00

2. The source of the compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

Representation of the debtor in an adversary proceeding and any post-petition disputes or activities that arise from the filing of the case. The attorney-client service and fee agreement entered into by the parties is incorporated here by reference. To the extend this disclosure conflicts with the service and fee agreement, the service and fee agreement will control.

B2030 (Form 2030) (12/15)

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 01/22/2024 | /s/ Clayton L. Everett |
|---|---|
| *Date* | Clayton L. Everett |
| | *Signature of Attorney* |
| | Bar Number: 24065212 |
| | Norred Law, PLLC |
| | Norred Law, PLLC |
| | 515 E. Border |
| | Arlington, TX 76010 |
| | Phone: (817) 704-3984 |
| | |
| | Norred Law, PLLC |
| | *Name of law firm* |