Patrick M. Lynch
State Bar Number State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St. Suite 1800
Dallas, TX 75201
(214) 880-1864 (Telephone)
(214) 871-2111 (Telefax)
Email: plynch@qslwm.com

Attorney For Ally Bank

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS (FT. WORTH)**

| IN RE:<br>SiO2 Fabricating, LLC<br>**Debtor(s)** | Case No. 24-40215-ELM7 |
|---|---|
| Ally Bank,<br>**Movant.**<br>v.<br>SiO2 Fabricating, LLC    **Debtor(s)**<br>Shawn K. Brown    **Chapter 7 Trustee**<br>**Respondent(s)** | **Chapter** 7<br>Hearing on Motion to lift Automatic Stay :<br>August 07, 2024<br>9:30 A.M. |

## NOTICE OF HEARING

PLEASE TAKE NOTICE that the Court has scheduled a preliminary hearing in connection with the Motion for Relief from the Automatic Stay filed by Ally Bank. The preliminary hearing will be held on August 07, 2024, at 9:30 A.M., before the Honorable Edward L. Morris. The hearing will be conducted by WebEx conference only at https://us-courts.webex.com/meet/morris.

**The Webex videoconference login and Webex telephonic conference dial-in and meeting ID are set out below:**

**For WebEx Video Participation/Attendance:**

Link:https://us-courts.webex.com/meet/morris

**For WebEx Telephonic Only Participation/Attendance:**

Dial-In: 1.650.479.3207

Meeting ID: 2309-445-3213

Access code: 2309-445-3213

    Respectfully submitted:

    Quilling, Selander, Lownds, Winslett & Moser, P.C.

    */s/ Patrick M. Lynch*
Patrick M. Lynch
State Bar #24065655
2001 Bryan St. Suite 1800
Dallas, TX 75201
Telephone: (214) 880-1864
Fax: (214) 871-2111
plynch@qslwm.com

    Attorney For Movant, Ally Bank

## CERTIFICATE OF SERVICE

I certify that on July 17, 2024, I caused to be served a true and correct copy of the foregoing Notice of Hearing by electronic mail or by first class mail with postage prepaid on the following:

*Via US Mail*

SiO2 Fabricating, LLC
7929 Whispering Woods Ln
North Richland Hills, TX 76182

*Via CM / ECF / NEF*

Warren V. Norred
Norred Law PLLC
515 E. Border Street
Arlington, TX 76010
warren@norredlaw.com

Shawn K. Brown
PO Box 93749
Southlake, TX 76092
trustee@browntrustee.com

U.S. TRUSTEE
1100 Commerce Street,
Room 976
Dallas, TX 75202
ustpregion06.da.ecf@usdoj.gov

    */s/ Cathy Bush*
4515 N. Santa Fe Ave.
Oklahoma City OK 73118