Patrick M. Lynch
State Bar Number State Bar #24065655
Quilling, Selander, Lownds, Winslett & Moser, P.C.
2001 Bryan St. Suite 1800
Dallas, TX 75201
(214) 880-1864 (Telephone)
(214) 871-2111 (Telefax)
Email: plynch@qslwm.com

Attorney For Ford Motor Credit Company LLC

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF TEXAS (FT. WORTH)

| IN RE: | |
|---|---|
| SiO2 Fabricating, LLC  Debtor(s) | Case No. 24-40215-ELM7 |
| Ford Motor Credit Company LLC  Movant | Chapter 7 |
| v. | |
| SiO2 Fabricating, LLC  Debtor(s) | |
| Shawn K. Brown  Chapter 7 Trustee  Respondent(s) | |

### AFFIDAVIT IN SUPPORT OF MOTION FOR RELIEF FROM STAY

STATE OF Colorado §
§
COUNTY OF El Paso §

The undersigned being duly sworn, deposes and says:

1. I am employed as a Account Services Representative by Ford Motor Credit Company LLC ("Movant") and declare under penalty of perjury, that the foregoing is true and correct to the best of my knowledge, information, and belief.

2. I am over the age of eighteen (18) years and am fully competent to testify to the matters hereafter stated from my own personal knowledge.

3. I have authority to make this affidavit. Further, I have reviewed the records of Movant, and make statements herein based upon personal knowledge obtained therein.

4. The information hereinafter given is contained in the original books and records maintained in the office of Movant.

5. The amount of the indebtedness and the nature and extent of default set forth in the Motion for Relief from the Automatic Stay (the "Motion") is information derived from records that were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters. The records were kept in the course of the regularly conducted activity and were made by the regularly conducted activity as a regular practice.

6. I certify that the documents attached to the Motion as exhibits are true and accurate copies of the original documents.

7. On May 24, 2019, Debtor SiO2 Fabricating, LLC executed and delivered a Retail Installment Sales Contract ("Contract") to Movant. *See Exhibit A*.

8. The Contract was entered into for the purchase of personal property described as follows: 2019 Ford F-250 Super Duty Regular Cab XL 6.2L V8, VIN# 1FTBF2A60KED92666 ("Collateral"). The transaction occurred and title passed accordingly. *See Exhibit B*.

9. As of July 09, 2024, the total amount due under the Contract is $3,942.22.

10. A vehicle such as the Collateral involved herein has an estimated retail value of $25,975.00 according to the industry standard report for a vehicle of a similar age and mileage. *See Exhibit C*. Additionally, the Collateral is depreciating in value, and the Contract payment schedule takes such depreciation into account.

11. As of July 09, 2024, the Debtor has failed to make payments required by the Contract and is in default as follows:

| | | | |
|---|---|---|---|
| a. | Pre-petition arrears (0.089 monthly): | | $69.67 |
| b. | Post-petition arrears (5.000 monthly): | | $3,872.55 |

---

[1] *See Exhibit D*.

$3,942.22 TOTAL ARREARAGE[1]

**Summary of Missed Payments:**

| Month of Missed Payment | Amount of Missed Payment | Partial or Full Payment Missed |
|---|---|---|
| January 08, 2024 | $69.67 | Partial |
| February 08, 2024 | $774.51 | Full |
| March 08, 2024 | $774.51 | Full |
| April 08, 2024 | $774.51 | Full |
| May 08, 2024 | $774.51 | Full |
| June 08, 2024 | $774.51 | Full |
| Total Amount of Arrearage | $3942.22 | |

FURTHER, THE AFFIANT SAYETH NAUGHT.

Ford Motor Credit Company LLC

*Pamela Rucker* (signature)

Printed Name: Pamela Rucker

Job Title: Account Services Representative

SUBSCRIBED AND SWORN TO BEFORE ME by _____ Pamela Rucker _____ on this ___16___ day of ___July___, __2024__.

My commission expires: _____

Notary Public (signature)

GEORGE GALVEZ
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20244010661
MY COMMISSION EXPIRES MARCH 13, 2028

## TEXAS MOTOR VEHICLE RETAIL INSTALLMENT SALES CONTRACT

Date: 05/24/2019

BUYER: SIO2 FABRICATING
ADDRESS: 2926 SKYWAY CIRCLE S
CITY: Irving   STATE: TX   ZIP: 75038-4203
PHONE: [redacted]

CO-BUYER: N/A
ADDRESS: N/A
CITY: N/A   STATE: N/A   ZIP: N/A
PHONE: N/A

SELLER/CREDITOR: ENNIS FORD INC
ADDRESS: 900 NORTH INTERSTATE 45
CITY: ENNIS
STATE: TX   ZIP: 75119
PHONE: [redacted]

The Buyer is referred to as "you" or "your". The Seller/Creditor is referred to as "we", "us" or "Creditor". This contract may be transferred by the Seller.

**PROMISE TO PAY**

The credit price is shown below as the "Total Sale Price". The "Cash Price" is also shown below. By signing this contract, you choose to purchase the motor vehicle on credit according to the terms of this contract. You agree to pay us the Amount Financed, Finance Charge and any other charges in this contract. You agree to make payments according to the Payment Schedule in this contract. If more than one person signs as a buyer, you agree to keep all of the promises in this agreement even if the others do not.
You have thoroughly inspected, accepted and approved the motor vehicle in all respects.

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE | FINANCE CHARGE | Amount Financed | Total of Payments | Total Sale Price |
|---|---|---|---|---|
| The cost of your credit as a yearly rate. | The dollar amount the credit will cost you. | The amount of credit provided to you or on your behalf. | The amount you will have paid when you have made all scheduled payments. | The total cost of your purchase on credit, including your downpayment of $ 1,000.00 |
| 4.90 % | $ 5,411.44 | $ 41,059.16 | $ 46,470.60 | $ 47,470.60 |

1-800-727-7000
FORD CREDIT
Ford Motor Credit Company LLC

Your Payment Schedule will be:

| Number of Payments | Amount of Payments | When Payments are Due<br>Monthly unless otherwise checked<br>☐ Semi-Annually   ☐ Annually |
|---|---|---|
| 60 | $ 774.51 | Starting: 07/08/2019 |

**Prepayment:** If you pay off your debt early, you will not have to pay a penalty.
**Late Payment:** You must pay a late charge on the portion of each payment received more than fifteen days late. The charge is 5% of the late amount.
**Security Interest:** You are giving a security interest in the motor vehicle being purchased.
**Contract:** Please see this contract for additional information on security interest, nonpayment, default, the right to require repayment of your debt in full before the scheduled date, and prepayment penalty.

**BALLOON CONTRACT PROVISIONS**
☐ Your last scheduled payment under this contract is a balloon payment.

**EXCESS WEAR, USE AND MILEAGE CHARGES**
If the box directly above is checked, this section, Paragraph B, and Paragraph C of this contract apply. You may be charged for excessive wear based upon our standards for normal use. If you exercise the option to transfer ownership of the vehicle to Creditor under Paragraph B, you must pay the Creditor $0.N/A  per mile for each mile in excess of  N/A  miles shown on the odometer.

**EXTRA MILEAGE OPTION CREDIT**
If this contract contains a balloon payment (as indicated above), and you have exercised your option to transfer ownership of the vehicle to the Creditor under Paragraph B, this paragraph applies to your contract. At the scheduled end of this contract, You will receive a credit of $0. N/A  per unused mile for the number of unused miles between  N/A  and  N/A  miles, less any amounts You owe under this contract. You will not receive any credit if the vehicle is destroyed, this contract ends early, or you are in default. You will not receive any credit if the credit is less than $1.00.

**The Annual Percentage Rate may be negotiated with the Seller. The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.**

Page 1 of 8

True and Accurate Completed Copy - UCC Non-Authoritative Copy

[redacted] - This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A

**MOTOR VEHICLE IDENTIFICATION**

| New/Used | Mileage | Year and Make | Model | Vehicle Identification Number | Use For Which Purchased |
|---|---|---|---|---|---|
| New | 109 | 2019 Ford | Super Duty F-250 SRW | 1FTBF2A60KED92666 | Personal use unless otherwise checked below<br>☒ Commercial<br>☐ Agricultural |

Trade-In: Year _____N/A_____ Make _____N/A_____ Model _____N/A_____
VIN _____N/A_____ License No. _____N/A_____

### ITEMIZATION OF AMOUNT FINANCED

1. **Cash Sale Price** (including any accessories, services, and taxes
   N/A $ N/A, N/A $ N/A
   N/A $ N/A, and N/A $ N/A)                                                   $ 34,920.78 (1)
2. **Total Downpayment** = (if negative, enter "0" and see Line 4.A. below)
   Gross trade-in................................................................$ N/A
   − payoff by seller.............................................................$ N/A
   − cash paid to buyer for trade in.........................................$ N/A
   = net trade-in..................................................................$ 0.00
   + cash.............................................................................$ N/A
   + Third Party Rebate Assigned to Creditor...........................$ 1,000.00
   + Other (describe) Trade-In Credit Agreement Benefit..........$ N/A
   + Other (describe) N/A ....................................................$ N/A
   Total downpayment......................................................................................$ 1,000.00 (2)
3. **Unpaid balance of cash price** (1 minus 2) ..........................................................$ 33,920.78 (3)
4. **Other charges including amounts paid to others on your behalf** (Seller may keep part of these amounts.):
   A. Net trade-in payoff to N/A                                                      $ N/A
   B. Cost of optional credit insurance paid to insurance company or companies
      Life _____ $ N/A
      Disability _____ $ N/A      $ N/A
   C. Other insurance paid to the insurance company................................... $ N/A
   D. Official fees paid to government agencies............................................ $ 10.00
   E. Debt Cancellation Agreement Fee Paid to Seller................................... $ N/A
   F. Dealer's inventory tax (if not included in cash price).............................. $ 74.08
   G. Sales tax (if not included in cash price)................................................ $ 2,120.05
   H. Other taxes (if not included in cash price)............................................. $ N/A
   I. Government license and/or registration fees......................................... $ 64.75
   J. Government certificate of title fee......................................................... $ 33.00
   K. Government vehicle inspection fees..................................................... $ 14.50
   L. Deputy Service fee paid to dealer......................................................... $ N/A
   M. **Documentary Fee.** A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents relating to the sale. A documentary fee may not exceed a reasonable amount agreed to by the parties. This notice is required by law.
      Spanish Translation: Un cargo documental no es un cargo oficial. La ley no exige que se imponga un cargo documental. Pero este podría cobrarse a los compradores por el manejo de la documentación en relación con la venta. Un cargo documental no puede exceder una cantidad razonable acordada por las partes. Esta notificación se exige por ley.
      To ENNIS FORD INC_____ for Documentary Fee......................... $ 150.00
   N. Other charges (Seller must identify who is paid and describe purpose)
      to Seller                                    for Trade-In Credit Agreement        $ N/A
      to Preferred Administrators                 for Service Contract                 $ 4,672.00
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
      to N/A                                      for N/A                              $ N/A
   Total other charges and amounts paid to others on your behalf............................$ 7,138.38 (4)
5. **Amount Financed** (3 + 4)....................................................................................$ 41,059.16 (5)

**LIABILITY INSURANCE**
THIS CONTRACT DOES NOT INCLUDE INSURANCE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.

True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

Exhibit A

**PROPERTY INSURANCE:** You must keep the collateral insured against damage or loss in the amount you owe. You must keep this insurance until you have paid all that you owe under this contract. You may obtain property insurance from anyone you want or provide proof of insurance you already have. The insurer must be authorized to do business in Texas.
You agree to give us proof of property insurance. You must name us as the person to be paid under the policy in the event of damage of loss.
If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions and deductibles.

*Optional credit life and credit disability insurance.*
Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost. Your decision to buy or not buy these insurance coverages will not be a factor in the credit approval process.

| | | |
|---|---|---|
| ☐ Credit Life, one buyer | $_____N/A_____ | Term_____N/A_____ |
| ☐ Credit Life, both buyers | $_____N/A_____ | Term_____N/A_____ |
| ☐ Credit Disability, one buyer | $_____N/A_____ | Term_____N/A_____ |
| ☐ Credit Disability, both buyers | $_____N/A_____ | Term_____N/A_____ |

_____N/A_____
(Insurance Company)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.
If the term of the insurance is 121 months or longer, the premium is not fixed or approved by the Texas Insurance Commissioner.

*Balloon payment contracts*: Credit Life Insurance is for the scheduled term of this contract. Credit Disability Insurance covers the first __N/A__ payments and does not cover the last scheduled payment.
You want the insurance indicated above.

Buyer's Signature: **A**_____N/A_____

Co-Buyer's Signature: **A**_____N/A_____

*Optional debt cancellation agreement.* The granting of credit will not be dependent on the purchase of the debt cancellation agreement described below. It will not be provided unless you sign and agree to pay the extra cost. The credit approval process will not be affected by whether or not you buy the debt cancellation agreement.

| Debt Cancellation Agreement* | _____N/A_____ | $_____N/A_____ |
|---|---|---|
| | Term in Months | Premium or Fee |

_____N/A_____
(Company)

*WE WILL CANCEL CERTAIN AMOUNTS YOU OWE UNDER THIS CONTRACT IN THE CASE OF A TOTAL LOSS OR THEFT OF THE VEHICLE AS STATED IN THE DEBT CANCELLATION AGREEMENT.

You can cancel the debt cancellation agreement without charge for a period of 30 days from the date of this contract, or for the period stated in the debt cancellation agreement, whichever period ends later.

A debt cancellation agreement is not insurance and is regulated by the Office of Consumer Credit Commissioner.

*You want the optional debt cancellation agreement for which the fee is included above.*

Buyer's Signature: **B**_____N/A_____

Co-Buyer's Signature: **B**_____N/A_____

**Anti-Theft Product (Optional)**
The purchase of anti-theft product(s) is optional and not required to obtain credit, even if the product(s) is already installed on the vehicle you selected. You may purchase anti-theft product(s) from the person of your choice. By signing below, you agree to purchase the anti-theft product(s) at the price disclosed.

| | | |
|---|---|---|
| _____N/A_____ | $_____N/A_____ | Term_____N/A_____ |
| _____N/A_____ | $_____N/A_____ | Term_____N/A_____ |
| _____N/A_____ | $_____N/A_____ | Term_____N/A_____ |

**C**_____N/A_____
**Buyer Signs**

- This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A

## ADDITIONAL AGREEMENTS

**A. Payments:** You must make all payments in U.S. funds when they are due.  If you pay off your contract early, you will not have to pay a penalty.   This is a simple finance charge contract.
**1. How Finance Charge is Calculated:** Creditor figures the Finance Charge using the true daily earnings method as designed by the Texas Finance Code.  Under the true daily earnings method, the Finance Charge will be figured by applying the daily rate to the unpaid portion of the Amount Financed for the number of days the unpaid portion of the Amount Financed is outstanding.  The daily rate is 1/365th of the Annual Percentage Rate.  The unpaid portion of the Amount Financed does not include late charges or return check charges.
**2. How Your Payments will be Applied:** Creditor will apply your payments in the following order:
 1. earned but unpaid finance charge; and
 2. to anything else you owe under this contract.
**3. How Late or Early Payments Change What You Must Pay:**  The Finance Charge, Total of Payments, and Total Sale Price are based on the assumption that you will make all payments as scheduled.  If you do not timely make all your payments in at least the correct amount, you will have to pay more Finance Charge and your last payment will be more than your last scheduled payment.  If you make scheduled payments early, your Finance Charge will be reduced (less).  If you make your scheduled payments late, your Finance Charge will increase.
**B. Balloon Payment Contracts:** If your last scheduled payment under this contract is a balloon payment as indicated on Page 1 of this contract, you have three options to handle the balloon payment.
First, you may pay all that you owe, and keep your motor vehicle.
Second, you may refinance all that you owe unless you are in default under this contract. If the Creditor has advanced funds to cure any default, you must pay back the Creditor before the refinancing. You also must provide proof of insurance acceptable to Creditor before the refinancing. The terms of the refinancing will be as follows:
(i) If the vehicle is described on the front of the contract as new, you can refinance at an annual percentage rate up to 5 points greater than the Annual Percentage Rate shown in this contract. The rate will not be more than applicable law allows. The new agreement will allow you to refinance the last scheduled payment for at least 24 months with equal monthly payments. Creditor and you can also agree to refinance the last scheduled payment over another time period or on a different payment schedule.
(ii) If the vehicle is described on the front of the contract as used, you can enter into a new written agreement to refinance the last scheduled payment when due without a refinancing fee. If you refinance the last scheduled payment, your periodic payments will not be larger or more often than the payments in this contract. The annual percentage rate in the new agreement will not be more than the Annual Percentage Rate in this contract. This provision does not apply if your Payment Schedule has been adjusted to your seasonal or irregular income. If you wish to refinance, you must notify the Creditor in writing no later than 30 days prior to the balloon payment due date.
Third, you may transfer ownership of the vehicle to the Creditor, and an amount equal to your originally scheduled balloon payment will be applied toward the satisfaction of all that you owe. Creditor will add a $475 Disposal Fee to the amount that you owe and, if applicable, will add any excess mileage charges (as described on Page 1 of this contract) and any estimated costs of vehicle repairs that are the result of excess wear and use (as described in Paragraph C). If the amount of your originally scheduled balloon payment does not satisfy all that you owe, you will pay the difference. You must take the vehicle to a place selected by the Creditor for inspection no later than 15 days prior to the balloon payment due date. After the inspection, if you decide to transfer ownership of the vehicle to the Creditor, you must give the vehicle to the Creditor no later than the balloon payment due date. At that time, you must provide the Creditor a title, which shows no liens other than the Creditor's lien, transferring ownership to the Creditor or a person selected by the Creditor. You must also provide other documents as needed. If you decide not to transfer ownership of the vehicle after inspection, you must immediately inform the Creditor if you want to refinance under the second option above.
**C. Damage Repair:**  If your last scheduled payment under this contract is a balloon payment and you transfer ownership of the vehicle to the Creditor under Paragraph B, you are responsible for all repairs to the vehicle that are not the result of normal wear and use. These repairs include, but are not limited to those necessary to repair or replace: (a) tires that have sidewall damage/plugs, exposed cords/belts, or are unmatched for vehicle or unsafe; (b) electrical or mechanical defects or malfunctions; (c) glass, paint, body panels, trim and grill work that are broken, mismatched, chipped, scratched, pitted, cracked, or if applicable, dented; (d) interior rips, stains, burns or damaged areas; (e) replacement of any missing equipment or parts that were in or on the vehicle when delivered; and (f) all damage which would be covered by collision or comprehensive insurance whether or not such insurance is actually in force. Replacement of sheet metal and all other repairs must be made with Original Equipment Manufacturer parts. Your use or repair of the vehicle must not invalidate any warranty. You will owe the estimated costs of such repairs unless repairs are made at your expense prior to the transfer of ownership of the vehicle to the Creditor. You will maintain the odometer of the vehicle so that it always reflects the vehicle's actual mileage. If the odometer is at any time inoperative, you will provide reasonable evidence of the vehicle's actual mileage. If you are unable to do so, you will pay us our estimate of any reduction of the vehicle's wholesale value caused by the inability to determine the vehicle's actual mileage.
**D. Security Interest:**  To secure all that you owe on this contract and all your promises in it, you give Creditor a security interest in:
 - the motor vehicle including all accessories and parts now or later attached and any other goods financed in this contract.
 - all insurance proceeds and other proceeds received for the motor vehicle;
 - any insurance policy, service contract or other contract financed by Creditor and any proceeds of those contracts; and
 - any refund of charges included in this contract for insurance, or service contracts.
The security interest also secures any extension or modification of this contract.  The certificate of title must show Creditor's security interest in the motor vehicle.

 - This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A

**E. WAIVER IF NOTICE IF INTENT TO ACCELERATE AND NOTICE OF ACCELERATION:** You give up (waive) your common law rights to receive notice of intent to accelerate and notice of acceleration. This means that you give up the right to receive notice that we intend to demand that you pay all that you owe on the contract at once (accelerate), and notice that we have accelerated.

**F. Use and Care of Motor Vehicle:** You must take care of the vehicle and obey all laws in using it. You will not sell or transfer the motor vehicle without Creditor's written permission. If you do sell or transfer the motor vehicle, this will not release you from your obligations under this contract, and Creditor may charge you a transfer of equity fee of **$25.00 ($50** for a heavy commercial vehicle). You must keep it free from the claims of others. If a third party takes a lien or claim against or possession of the motor vehicle, Creditor may pay the third party any cost required to free the motor vehicle from all liens or claims. Any amount paid by Creditor to the third party will be added to the amount you owe. You will not use or permit the use of the vehicle outside of the United States, except for up to 30 days in Canada or Mexico, without the prior written consent of the Creditor.

**G. Seller's Disclaimer's of Warranties:** If the vehicle is of a type normally used for personal use and the Creditor, or the vehicle's manufacturer, extends a written warranty or service contract covering the vehicle within 90 days from the date of this contract, you get implied warranties of merchantability and fitness for a particular purpose covering the vehicle. Otherwise, you understand and agree that there are no such implied warranties, except as provided by state law.

**H. Agreement to Keep Motor Vehicle Insured:** You must insure yourself and the Creditor against loss or damage to the vehicle. The insurance must cover loss due to collision, fire, and theft. The insurance must be for the actual cash value of the vehicle. A $100 deductible is required unless the Creditor approves another amount. The type and amount of insurance must be approved by the Creditor. **Whether or not the vehicle is insured, you must pay for it if it is lost, damaged, or destroyed**. The insurer must be authorized to do business in Texas.

**I. Physical Damage Insurance Proceeds:** You must use physical damage insurance proceeds to repair the motor vehicle, unless Creditor agrees otherwise in writing. However, if the motor vehicle is a total loss, you must use the insurance proceeds to pay what you owe the Creditor. You agree that the Creditor can use any proceeds from insurance to repair the motor vehicle, or the Creditor may reduce what you owe under this contract. If your insurance on the motor vehicle or credit insurance doesn't pay all you owe, you must pay what is still owed. If we apply insurance proceeds to the amount you owe, they will be applied to your payments in the reverse order of when they are due. Once all amounts owed under this contract are paid, any remaining proceeds will be paid to you.

**J. Returned Insurance Premiums and Service Contract Charges:** This contract may contain charges for insurance or service contracts or for services included in the cash price. You agree that the Creditor can claim benefits under these contracts and unless prohibited by law, terminate them to obtain refunds of unearned charges to reduce what you owe or repair the motor vehicle. If the Creditor gets a refund on insurance or service contracts, or other contracts included in the cash price, the Creditor will subtract it from what you owe. Once all amounts owed under this contract are paid, any remaining refunds will be paid to you.

**K. Returned Check Charge:** You agree to pay a returned check charge of $___30___ for each check, draft, electronic payment, or other payment device that is dishonored for any reason.

**L. Default:** You will be in default if:
1. You do not make a payment when it is due; or
2. You gave false or misleading information on your credit application relating to this contract; or
3. Your vehicle is seized by any local, state, or federal authority and is not promptly and unconditionally returned to you; or
4. You file a bankruptcy petition or one is filed against you; or
5. You do not keep any other promise in this contract.
If you default, Creditor can exercise Creditor's rights under this contract and Creditor's other rights under the law.

**M. Repossession:** If you default, the Creditor may require you to pay at once the unpaid Amount Financed, the earned and unpaid part of the Finance Charge, and all other amounts due under this contract without prior notice or demand. Creditor may repossess (take back) the vehicle, so long as the repossession is handled peacefully. The Creditor may also take goods found in or on the vehicle when repossessed and hold them for you if Creditor sends written notice of the taking to you at your last known address within 15 days of the discovery of the goods by Creditor. If you do not ask for these items back within 31 days from the day Creditor mails or delivers the notice to you, Creditor may dispose of them as applicable law allows. Any accessory, equipment, or replacement part stays with the motor vehicle.

**N. Your Right to Redeem:** If the vehicle is taken back, Creditor will send you a notice. The notice will say that you may redeem (buy back) the vehicle, and will explain how to redeem the vehicle. You may redeem the vehicle up to the time the Creditor sells it or agrees to sell it. If you do not redeem the vehicle, it will be sold.

**O. Disposition of the Motor Vehicle:** If the vehicle is taken back and sold, the money from the sale, less the allowable expenses, will be used to pay the amount still owed on the contract. Allowable expenses are those paid as a direct result of having to retake the vehicle, hold it, prepare it for sale, and sell it. Reasonable lawyers' fees, if the lawyer is not an employee of the Creditor and legal costs are allowed, too. If there is any money left (surplus), it will be paid to you unless Creditor must pay it to someone else. If the money from the sale is not enough to pay off this contract and costs, you will pay what is still owed to the Creditor. If you do not pay this amount when the Creditor asks, the Creditor may charge you interest at the highest lawful rate until you pay.

**P. Collection Costs:** You must pay any legally permitted expenses related to enforcing this contract, including collection expenses, lawyers' fees (if the lawyer is not an employee of the Creditor) and other legal expenses.

 - This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A

**Q. Consumer Reports:** You authorize the Assignee to obtain consumer credit reports from consumer reporting agencies (credit bureaus) for any reason and at any time in connection with this contract.

**R. Servicing and Collection:** You agree that Creditor, Creditor's affiliates, agents and service providers may monitor and record telephone calls regarding your account to assure the quality of our service or for other reasons. You also expressly consent and agree that Creditor, Creditor's affiliates, agents and service providers may use written, electronic or verbal means to contact you. This consent includes, but is not limited to, contact by manual calling methods, prerecorded or artificial voice messages, text messages, emails, and/or automatic telephone dialing systems. You agree that Creditor, Creditor's affiliates, agents and service providers may use any email address or any telephone number you provide, now or in the future, including a number for a cellular phone or other wireless device, regardless of whether you incur charges as a result.

**S. Applicable Law:** You agree that this contract will be governed by the laws of the state of Texas.

**T. General**: This contract contains the entire agreement between Creditor and you relating to the sale and financing of the motor vehicle. If any part of this contract is not valid, all other parts stay valid. If the Creditor doesn't enforce Creditor's rights every time, Creditor can still enforce them later. Creditor will exercise of all Creditor's rights in a lawful way.

Buyer acknowledges and accepts assignment of this contract to the Assignee (and any successor to Assignee). Buyer also consents to any subsequent assignment of this contract, and accepts this provision as notice of any such assignment, by Assignee or anyone else without further notice to Buyer. This consent and notice specifically includes any assignment of the security interest in the vehicle financed pursuant to this contract.

**U. Electronic Records and Signatures and Conversion to Paper:** You agree to use electronic records and electronic signatures to document this contract. Your electronic signatures will have the same effect as signatures on a paper contract.

There will be one authoritative copy of this contract. It will be the electronic copy in a document management system the Creditor designates for storing it.

The Creditor may convert that authoritative copy to a paper original. The Creditor will do so by printing one paper copy marked "Original." This paper original will have your electronic signature on it. It will have the same effect as if you had signed it originally on paper.

### FTC NOTICES

NOTICE - ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNTS PAID BY THE DEBTOR HEREUNDER.

**Used Motor Vehicle Buyers Guide.** If you are buying a used vehicle with this contract, federal regulations may require a special Buyers Guide to be displayed on the window of the vehicle. **THE INFORMATION YOU SEE ON THE WINDOW FORM FOR THIS VEHICLE IS PART OF THIS CONTRACT. INFORMATION ON THE WINDOW FORM OVERRIDES ANY CONTRARY PROVISIONS IN THE CONTRACT OF SALE.**

**Spanish Translation: Guia para comprados de vehiculos usados. LA INFORMACION QUE APARECE EN LA VENTANILLA DE ESTE VEHICULO FORMA PARTE DE ESTE CONTRATO. LA INFORMACION CONTENIDA EN EL FORMULARIO DE LA VENTANILLA ANULA CUALQUIER PREVISION QUE ESTABLEZCA LO CONTRARIO Y QUE APAREZCA EN EL CONTRATO DE VENTA.**

### GUARANTY

Guarantor hereby guarantees the collection of the above described amount upon failure of the Seller named herein to collect said amount from the Buyer named herein.

Guarantor: LOUIS VANDENBRANDE

Address: 7929 WHISPERING WOODS LN North Richland Hills, TX 76182-7328 TARRANT

Guarantor Signs: D /M/

True and Accurate Completed Copy - UCC Non-Authoritative Copy
True and Accurate Completed Copy - UCC Non-Authoritative Copy

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

### READ THIS ARBITRATION PROVISION CAREFULLY AND IN ITS ENTIRETY
### ARBITRATION

Arbitration is a method of resolving any claim, dispute, or controversy (collectively, a "Claim") without filing a lawsuit in court. Either you or Creditor ("us" or "we") (each, a "Party") may choose at any time, including after a lawsuit is filed, to have any Claim related to this contract decided by arbitration. Neither party waives the right to arbitrate by first filing suit in a court of law. Claims include but are not limited to the following: 1) Claims in contract, tort, regulatory or otherwise; 2) Claims regarding the interpretation, scope, or validity of this provision, or arbitrability of any issue except for class certification; 3) Claims between you and us, your/our employees, agents, successors, assigns, subsidiaries, or affiliates; 4) Claims arising out of or relating to your application for credit, this contract, or any resulting transaction or relationship, including that with the dealer, or any such relationship with third parties who do not sign this contract.

**RIGHTS YOU AND WE AGREE TO GIVE UP**
If either you or we choose to arbitrate a Claim, then you and we agree to waive the following rights:

- **RIGHT TO A TRIAL, WHETHER BY A JUDGE OR JURY**
- **RIGHT TO PARTICIPATE AS A CLASS REPRESENTATIVE OR A CLASS MEMBER IN ANY CLASS CLAIM YOU MAY HAVE AGAINST US WHETHER IN COURT OR IN ARBITRATION**
- **BROAD RIGHTS TO DISCOVERY AS ARE AVAILABLE IN A LAWSUIT**
- **RIGHT TO APPEAL THE DECISION OF AN ARBITRATOR**
- **OTHER RIGHTS THAT ARE AVAILABLE IN A LAWSUIT**

**RIGHTS YOU AND WE DO NOT GIVE UP:** If a Claim is arbitrated, you and we will continue to have the following rights, without waiving this arbitration provision as to any Claim: 1) Right to file bankruptcy in court; 2) Right to enforce the security interest in the vehicle, whether by repossession or through a court of law; 3) Right to take legal action to enforce the arbitrator's decision;  4) Right to request that a court of law review whether the arbitrator exceeded its authority; and (5) Right to seek remedies in small claims court for disputes or claims within that court's jurisdiction.

You or we may choose the American Arbitration Association, (www.adr.org), or any other organization subject to our approval, to conduct the arbitration. The applicable rules (the "Rules") may be obtained from the selected organization. If there is a conflict between the Rules and this contract, this contract shall govern.  This contract is subject to the Federal Arbitration Act (9 U.S.C. § 1 et seq.). The arbitration decision shall be in writing with a supporting opinion. Judgment upon the award rendered by the arbitrator may be entered in any court having jurisdiction.  To the extent that the total of your filing, administration, service or case management fee and your arbitrator or hearing fee exceeds $200, we will pay the amount in excess of $200, unless you choose to pay one-half of the total or unless the fees are reallocated in the award under applicable law or the organization's rules.

Each party shall be responsible for its own attorney, expert and other fees, unless awarded by the arbitrator under applicable law. Any portion of this arbitration provision that is unenforceable shall be severed, and the remaining provisions shall be enforced. If a waiver of class action rights is deemed or found to be unenforceable for any reason in a case in which class action allegations have been made, the remainder of this arbitration provision shall be unenforceable. The validity and scope of the waiver of class action rights shall be decided by the court and not by the arbitrator.



True and Accurate Completed Copy - UCC Non-Authoritative Copy

True and Accurate Completed Copy - UCC Non-Authoritative Copy

This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A

This is a Copy of the Customer Completed signed electronic form held by RouteOne LLC.

Any change to this contract must be in writing. Both you and we must sign it. No oral changes to this contract are enforceable.

| Buyer Signs | X E ///// | Co-Buyer Signs | X E N/A |
|---|---|---|---|

YOU ACKNOWLEDGE THAT YOU HAVE READ AND AGREE TO BE BOUND BY THE ARBITRATION PROVISION IN THIS CONTRACT.

The Annual Percentage Rate may be negotiated with the Seller.  The Seller may assign this contract and may retain its right to receive a portion of the Finance Charge.

**CONSUMER WARNING**
NOTICE TO THE BUYER - DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE ALL THAT YOU OWE AND UNDER CERTAIN CONDITIONS MAY SAVE A PORTION OF THE FINANCE CHARGE.  YOU WILL KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.

**BUYER'S ACKNOWLEDGEMENT OF THE CONTRACT RECEIPT**
YOU AGREE TO THE TERMS OF THIS CONTRACT AND ACKNOWLEDGE RECEIPT OF A COMPLETED COPY OF IT.  YOU CONFIRM THAT BEFORE YOU SIGNED THIS CONRACT, WE GAVE IT TO YOU, AND YOU WERE FREE TO TAKE IT AND REVIEW IT.

| X F ///// | 05/24/2019 | X F N/A | N/A |
|---|---|---|---|
| Buyer Signs | Date | (Co) Buyer Signs | Date |

| X  ENNIS FORD INC | G [signature] | Finance Mana  05/24/2019 |
|---|---|---|
| Seller Signs | By | Title   Date |

**THIS CONTRACT IS NOT VALID UNTIL YOU AND CREDITOR SIGN IT.**

Seller will assign this contract electronically to _____Ford Motor Credit Company_____ ("Assignee"). That Assignee will then have all the Seller's rights, privileges, and remedies.

OCCC NOTICE:  For questions or complaints about this contract, contact Assignee, at _____1-800-727-7000_____, visit the website at _____www.fordcredit.com_____, or write to them at P.O. Box 542000, Omaha, NE 68154-8000.

The Office of Consumer Credit Commissioner (OCCC) is a state agency, and it enforces certain laws that apply to this contract. If a complaint or question cannot be resolved by contacting the creditor, consumers can contact the OCCC to file a complaint or ask a general credit-related question.  OCCC address: 2601 N. Lamar Blvd., Austin, Texas 78705. Phone: (800) 538-1579. Fax: (512) 936-7610. Website: occc.texas.gov. Email: consumer.complaints@occc.texas.gov.

| Seller  ENNIS FORD INC | By  H [signature] | Title  Finance Manager |
|---|---|---|

- This copy was created on Fri May 24 08:02:49 GMT 2019

Exhibit A



# TitleExplorer

**FORD MOTOR CREDIT COMPANY**   Search ▾   User Administration ▾



 Help (/Home/Index)    Logout (/Account/Logout)

## Title Details - 1FTBF2A60KED92666

Back

### Title Information

| | | |
|---|---|---|
| Account No: | Batch No: | E |
| Customer: SIO2 FABRICATING LLC | Title Number: 07000043619250006 | Electronic Title |
| VIN: 1FTBF2A60KED92666 | PA Lien Date: | |
| Issue State: TX | Title Status: DISPOSITION PERFECT | |

### Discrepant Information

Owners: SIO2 FABRICATING
SIO2 FABRICATING LLC

Co-Owners:

Lienholder: FMCC ELT

FORD MOTOR CREDIT CO

VIN: 1FTBF2A60KED92666
1FTBF2A60KED92666

Vehicle Year: 2019

2019

### User Information

Corrected By:    Manual By:    Dispositioned By: AUTOMTCH

Back

© 2024 - Secure Title Administration, Inc.

Exhibit B

# N.A.D.A. Official Used Car Guide
# Vehicle Valuation

Print Date: July 11, 2024

---

Vehicle Description:  2019 Ford F-250 Super Duty Regular Cab XL 6.2L V8
VIN:  1FTBF2A60KED92666

**Base Values**

| | |
|---|---|
| Retail: $ 25975.00 | Wholesale/Trade-in: $ 21375.00 |

**Optional Equipment/Adjustments**

| | |
|---|---|
| Estimated Miles: 72500 | $ 0.00 |

**Total Adjusted N.A.D.A. Used Car Guide Values**

| | |
|---|---|
| Retail: $ 25975.00 | Retail/Wholesale Average: $ 23675.00 |

Reference 07/2024 Southwestern

Exhibit C



Ford Motor Credit
P.O. Box 35905
Cleveland OH 44135-0905

07/09/24

SIO2 FABRICATING
926 SKYWAY CIRCLE S
IRVING, TX 75038-4203

Account Number: ███████

Vehicle Description: 2019 FORD F25

VIN: 1FTBF2A60KED92666

Dear Customer,

Below is the itemized history of your account beginning with the contract date of 05/24/19, and reflecting activity through 07/09/24.

| Invoice Due Date | Transaction Date | Transaction Amount ||||  Transaction Description |
|---|---|---|---|---|---|---|
| | | Principal | Interest | Fees Paid | Total | |
| | 5/24/2019 | 0.00 | 0.00 | 0.00 | 41,059.16 | Loan Funding |
| 7/8/2019 | 7/9/2019 | 520.96 | 253.55 | 0.00 | 774.51 | Regular Payment |
| 8/8/2019 | 8/14/2019 | 578.59 | 195.92 | 0.00 | 774.51 | Regular Payment |
| 9/8/2019 | 10/14/2019 | 1,221.79 | 327.23 | 38.73 | 1,587.75 | Regular Payment |
| 9/23/2019 | 9/23/2019 | 0.00 | 0.00 | 0.00 | 38.73 | Fee Assessment |
| 11/25/2019 | 11/25/2019 | 0.00 | 0.00 | 0.00 | 38.73 | Fee Assessment |
| 12/23/2019 | 12/23/2019 | 0.00 | 0.00 | 0.00 | 38.73 | Fee Assessment |
| 01/10/20 | 01/10/20 | 0.00 | 0.00 | 0.00 | 300.00 | Fee Assessment |
| 1/13/2020 | 1/13/2020 | 300.00 | 473.05 | 0.00 | 2,700.99 | Regular Payment |
| 2/8/2020 | 2/17/2020 | 601.66 | 172.85 | 0.00 | 774.51 | Regular Payment |
| 3/8/2020 | 3/23/2020 | 604.49 | 170.02 | 0.00 | 774.51 | Regular Payment |
| 4/8/2020 | 4/8/2020 | 698.07 | 76.44 | 0.00 | 774.51 | Regular Payment |
| 5/8/2020 | 5/8/2020 | 634.01 | 140.50 | 0.00 | 774.51 | Regular Payment |
| 6/8/2020 | 6/8/2020 | 631.95 | 142.56 | 0.00 | 774.51 | Regular Payment |
| 7/8/2020 | 7/8/2020 | 639.09 | 135.42 | 0.00 | 774.51 | Regular Payment |
| 8/8/2020 | 8/8/2020 | 637.23 | 137.28 | 0.00 | 774.51 | Regular Payment |
| 9/8/2020 | 9/8/2020 | 639.87 | 134.64 | 0.00 | 774.51 | Regular Payment |
| 10/8/2020 | 10/8/2020 | 646.78 | 127.73 | 0.00 | 774.51 | Regular Payment |
| 11/8/2020 | 11/8/2020 | 645.21 | 129.30 | 0.00 | 774.51 | Regular Payment |

Received 7/9/2024 3:29:40 AM

Exhibit D

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/8/2020 | 12/8/2020 | 651.98 | 122.53 | 0.00 | 774.51 | Regular Payment |
| 1/8/2021 | 1/8/2021 | 650.51 | 124.00 | 0.00 | 774.51 | Regular Payment |
| 2/8/2021 | 2/8/2021 | 652.96 | 121.55 | 0.00 | 774.51 | Regular Payment |
| 3/8/2021 | 3/8/2021 | 667.18 | 107.33 | 0.00 | 774.51 | Regular Payment |
| 4/8/2021 | 4/8/2021 | 658.46 | 116.05 | 0.00 | 774.51 | Regular Payment |
| 5/8/2021 | 5/8/2021 | 664.85 | 109.66 | 0.00 | 774.51 | Regular Payment |
| 6/8/2021 | 6/8/2021 | 663.96 | 110.55 | 0.00 | 774.51 | Regular Payment |
| 7/8/2021 | 7/8/2021 | 670.21 | 104.30 | 0.00 | 774.51 | Regular Payment |
| 8/8/2021 | 8/8/2021 | 669.51 | 105.00 | 0.00 | 774.51 | Regular Payment |
| 9/8/2021 | 9/8/2021 | 672.31 | 102.20 | 0.00 | 774.51 | Regular Payment |
| 10/8/2021 | 10/8/2021 | 678.30 | 96.21 | 0.00 | 774.51 | Regular Payment |
| 11/8/2021 | 11/8/2021 | 677.93 | 96.58 | 0.00 | 774.51 | Regular Payment |
| 12/8/2021 | 12/8/2021 | 683.77 | 90.74 | 0.00 | 774.51 | Regular Payment |
| 1/8/2022 | 1/8/2022 | 683.59 | 90.92 | 0.00 | 774.51 | Regular Payment |
| 2/8/2022 | 2/8/2022 | 686.43 | 88.08 | 0.00 | 774.51 | Regular Payment |
| 3/8/2022 | 3/8/2022 | 697.54 | 76.97 | 0.00 | 774.51 | Regular Payment |
| 4/8/2022 | 4/8/2022 | 692.20 | 82.31 | 0.00 | 774.51 | Regular Payment |
| 5/8/2022 | 5/8/2022 | 697.63 | 76.88 | 0.00 | 774.51 | Regular Payment |
| 6/8/2022 | 6/8/2022 | 697.98 | 76.53 | 0.00 | 774.51 | Regular Payment |
| 7/8/2022 | 7/8/2022 | 703.26 | 71.25 | 0.00 | 774.51 | Regular Payment |
| 8/8/2022 | 8/8/2022 | 703.81 | 70.70 | 0.00 | 774.51 | Regular Payment |
| 9/8/2022 | 9/8/2022 | 706.74 | 67.77 | 0.00 | 774.51 | Regular Payment |
| 10/8/2022 | 10/8/2022 | 711.77 | 62.74 | 0.00 | 774.51 | Regular Payment |
| 11/8/2022 | 11/8/2022 | 712.64 | 61.87 | 0.00 | 774.51 | Regular Payment |
| 12/8/2022 | 12/8/2022 | 717.51 | 57.00 | 0.00 | 774.51 | Regular Payment |
| 1/8/2023 | 1/8/2023 | 718.60 | 55.91 | 0.00 | 774.51 | Regular Payment |
| 2/8/2023 | 2/8/2023 | 721.58 | 52.93 | 0.00 | 774.51 | Regular Payment |
| 3/8/2023 | 3/8/2023 | 729.42 | 45.09 | 0.00 | 774.51 | Regular Payment |
| 4/8/2023 | 4/8/2023 | 727.62 | 46.89 | 0.00 | 774.51 | Regular Payment |
| 5/8/2023 | 5/8/2023 | 732.07 | 42.44 | 0.00 | 774.51 | Regular Payment |
| 6/8/2023 | 6/8/2023 | 733.70 | 40.81 | 0.00 | 774.51 | Regular Payment |
| 7/8/2023 | 7/8/2023 | 737.97 | 36.54 | 0.00 | 774.51 | Regular Payment |
| 8/8/2023 | 8/8/2023 | 739.82 | 34.69 | 0.00 | 774.51 | Regular Payment |
| 9/8/2023 | 9/8/2023 | 742.90 | 31.61 | 0.00 | 774.51 | Regular Payment |
| 10/8/2023 | 10/8/2023 | 746.92 | 27.59 | 0.00 | 774.51 | Regular Payment |
| 11/8/2023 | 11/8/2023 | 749.10 | 25.41 | 0.00 | 774.51 | Regular Payment |
| 12/8/2023 | 12/8/2023 | 752.94 | 21.57 | 0.00 | 774.51 | Regular Payment |
| 1/8/2024 | 1/8/2024 | 755.36 | 19.15 | 0.00 | 774.51 | Regular Payment |

Received 7/9/2024 3:29:40 AM

Exhibit D