BTXN 112 (rev. 10/02)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

In Re: §
SiO2 Fabricating, LLC § Case No.: 24−40215−elm7
 § Chapter No.: 7
Debtor(s) §

# ORDER APPROVING TRUSTEE REPORT AND DISCHARGING TRUSTEE

The Trustee appointed in the above listed case has filed the Trustee's Report. It is, therefore

**ORDERED** that the trustee be discharged.

DATED: 9/20/24

FOR THE COURT:
Stephen J Manz, Clerk of Court

by: /s/C. Graham, Deputy Clerk